# IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ROBIN R. MCCLURE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:20-00673-CV-RK |
| | ) |
| ANDREW M. SAUL, COMMISSIONER, | ) |
| SOCIAL SECURITY ADMINISTRATION; | ) |
| | ) |
| Defendant. | |

## ORDER

Before the Court is Defendant's motion to reverse and remand. (Doc. 18.) The decision of the ALJ is **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the arguments outlined in the Defendant's motion.

**IT IS SO ORDERED.**

/s/ Roseann A. Ketchmark
ROSEANN A. KETCHMARK, JUDGE
UNITED STATES DISTRICT COURT

DATED: September 2, 2021